## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:17-CV-590-SWW-BD**

**$120,990.00 in U.S. CURRENCY**                                  **DEFENDANT**

**JANIE BROWN**                                                      **CLAIMANT**

## ORDER

Judge Susan Webber Wright referred this case to this Court for settlement. (Docket entry #54) A successful settlement conference was held on August 6, 2019. The United States has agreed to dismiss against $65,000.00 of the Defendant U.S. Currency, and Claimant Brown has agreed to consent to an order of forfeiture as to the remaining $55,990.00 of the Defendant Currency.

The Government has now filed an Unopposed Motion for Order of Forfeiture to effectuate the terms of the settlement agreement. (#59) The motion is GRANTED. The Claimant's pending Motion to Suppress (#41) and the Government's Motion for Summary Judgment (#42) are both DENIED, as moot. The Clerk of Court is directed to terminate this case. The Court will retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED, this 13th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE